USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS RUIZ,

                Plaintiff,

- against -

SANTANDER CONSUMER USA, INC.,

                Defendant.
------------------------------------------------------------X

Case No. 15-cv-03476 (LGS) (FM)

**STIPULATION AND ORDER
OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Luis Ruiz and defendant Santander Consumer USA, Inc., through their respective counsel, that the above-captioned action is hereby dismissed with prejudice and without costs to any party.

IT IS FURTHER STIPULATED AND AGREED that facsimile signatures for purposes of this Stipulation only, or a copy of this Stipulation, shall be binding as the original and that this Stipulation may be executed in counterparts.

| KIMMEL & SILVERMAN | REED SMITH LLP |
|---|---|
| By: _____<br>Craig Thor Kimmel, Esq. | By: _____<br>Casey D. Laffey<br>Pamela L. Schoenberg |
| 30 E. Butler Avenue<br>Ambler, PA 19002<br>Telephone: (215)-540-8888 | 599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 521-5400 |
| *Attorneys for Plaintiff Luis Ruiz* | *Attorneys for Defendant Santander Consumer USA, Inc.* |
| Dated: January 6, 2016 | Dated: January 6, 2016 |

**SO ORDERED**

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: January 7, 2016
      New York, New York